**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANCIS H. KEPHART,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 4:11-CV-00181** |
| | : | |
| **vs.** | : | **(Complaint Filed 10/14/10)** |
| | : | |
| **MICHAEL ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL** | : | **(Judge Caputo)** |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.  The Clerk of Court shall enter judgment in favor of the Commissioner and against Francis H. Kephart as set forth in the following paragraph.

2.  The decision of the Commissioner of Social Security denying Francis H. Kephart disability insurance benefits is affirmed.

3.  The Clerk of Court shall close this case.

 s/A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: April 13, 2012